UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CIVIL ACTION NO. 5:08CV-67-R

**TIMOTHY D. ROUSE**                                                                                              **PETITIONER**

**v.**

**THOMAS SIMPSON, WARDEN**                                                                       **RESPONDENT**

## MEMORANDUM AND ORDER

Petitioner Timothy D. Rouse filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his Fulton Circuit Court conviction (No. 06-CR-00013) entered August 29, 2007. Recently, Petitioner filed a motion to dismiss the instant case and all further pending § 2254 petitions filed in this Court (DN 10). This matter is ripe for consideration.

In the motion, Petitioner reports that he has filed several § 2254 petitions in this Court challenging his Fulton Circuit Court conviction in Case No. 06-CR-00013. He advises, however, that his criminal action is currently pending on direct appeal (No. 2007-CA-002020) and that a RCr 11.42 motion is pending before the Fulton Circuit Court. For these reasons, Petitioner seeks dismissal of all of his pending § 2254 actions for failure to exhaust available state-court remedies.

Upon review of the petition and the instant motion, **IT IS ORDERED** that Petitioner's motion to dismiss the instant § 2254 action (DN 10) is **GRANTED**. The instant action will be dismissed without prejudice by separate Order for failure to exhaust available state-court remedies.

As to Petitioner's request that all further § 2254 actions be dismissed, **IT IS ORDERED** that the **Clerk of Court shall docket** the motion to dismiss (DN 10) in each of Petitioner's pending § 2254 cases for the Court's consideration therein. The remaining five pending § 2254 cases are as follows: (1) 5:07CV-P205-R; (2) 5:07CV-P211-R; (3) 5:07CV-P212-R; (4) 5:08CV-P36-R; and (5) 5:08CV-P49-R.

Date:

cc: Petitioner, *pro se*
 Attorney General, Commonwealth of Kentucky, Office of Criminal Appeals, 1024 Capital Center Drive, Frankfort, KY 40601

4413.005